IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MINISTER ALIF ALLAH,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-CV-735 |
| | : | |
| **THE WALT DISNEY COMPANY,** *et al.*, | : | |
| Defendants. | : | |

# ORDER

AND NOW, this 11th day of May, 2021, upon consideration of Plaintiff Minister Alif Allah's Motion to Proceed *In Forma Pauperis* (ECF No. 7), and *pro se* Complaint (ECF No. 1) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ John M. Younge

**JOHN M. YOUNGE, J.**